# Exhibit 1

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**

Reg. No. 1,984,501
Registered July 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING AND HEADWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, JACKETS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

SN 74-485,534, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39

Reg. No. 3,331,124

United States Patent and Trademark Office

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY SPECTACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES; AND PROTECTIVE CLOTHING, NAMELY, RACING PANTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS, BEACHWEAR, BLOUSES, SPORTS SHIRTS, JERSEYS, SWIMWEAR, SWIMTRUNKS, SHORTS, UNDERWEAR, SHIRTS, PANTS, SKI AND SNOWBOARD PANTS AND JACKETS, JEANS, VESTS, JACKETS, WETSUITS, SWEATERS, PULLOVERS, COATS, SWEATPANTS, HEADWEAR, NAMELY, HATS, CAPS, VISORS AND FOOTWEAR, NAMELY WETSUIT BOOTIES, SHOES, SANDALS, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR, THONGS AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

SN 78-649,252, FILED 6-13-2005.

RAY THOMAS, EXAMINING ATTORNEY