Exhibit 2













































